UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MITCHELL PETOLILLO,<br><br>            Plaintiff,<br><br>vs.<br><br>CONCEPT SOFTWARE & SERVICES, INC., et al.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-00911-WBH |

## J U D G M E N T

This action having come before the court, Willis B. Hunt, Jr., Senior United States District Judge, for consideration of defendants' Motion to Compel Arbitration and Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** judgment be entered for defendants and against plaintiff, that defendants recover from plaintiff for costs of action, that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 19th day of September, 2013.

                                                JAMES N. HATTEN
                                                CLERK OF COURT


                                        By:  s/Traci Clements-Campbell
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
      September 19, 2013
James N. Hatten
Clerk of Court

By: s/Traci Clements-Campbell
      Deputy Clerk